```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                "USA V VERONICA ESPINO ET AL"
                   DEF 1.1 ESPINO, VERONICA

     Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
                Filed:  03/15/05
               Closed:  NO
   No. of Defendants:  2
       MJ Case Number:  F05-0007--MJ
                  AKA:  MARIANA ESPINO
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
    Needs interpreter:  YES
     Counsel of record: William R. Satterberg
                        Law Office of William Satterberg
                        709 4th Avenue
                        Fairbanks, AK 99701
                        907-452-4454
                        FAX 907-452-3988
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial

                        Scott S. Furstman
                        1541 The Alameda
                        San Jose, CA 95126
                        408-292-4132
                        FAX 408-292-4162
                        Serve: NO
                         Type: Retained
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Stephen Cooper
                        U.S. Attorney's Office
                        101 12th Avenue, Box 2
                        Fairbanks, AK 99701
                        907-456-0245
                        FAX 907-456-0577
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


Counts re: DEF 1.1 ESPINO, VERONICA
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 and 841 (b)(1)(A) Conspiracy to distribute controlled substance (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                           "USA V VERONICA ESPINO ET AL"
                              DEF 1.1 ESPINO, VERONICA

              Including terminated defendants, excluding terminated counsel


   1 -   1 IND    2       21:841(a)(1) and 841 (b)(1)(B) POSSESION OF           Pending
                          CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

   1 -   1 IND    3       21:853 CRIMINAL FORFEITURES(F)                        Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                                "USA V VERONICA ESPINO ET AL"
                               DEF 2.1 MACEDA-SOSA, DAVID

                Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:  03/15/05
            Closed:  NO
 No. of Defendants:  2
    MJ Case Number:  F05-0007--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
 Needs interpreter:  YES
 Counsel of record:  Michael A. MacDonald
                    Downes MacDonald et al
                    1008 16th Avenue, Suite 200
                    Fairbanks, AK 99701
                    907-452-5196
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 2.1 MACEDA-SOSA, DAVID
```

| Document   | Count   | Citation and Description                                                                    | Disposition |
|------------|---------|---------------------------------------------------------------------------------------------|-------------|
| 1 -  1 IND | 1       | 21:846 and 841 (b)(1)(A) Conspiracy to distribute controlled substance (F)                  | Pending     |
| 1 -  1 IND | 2       | 21:841(a)(1) and 841 (b)(1)(B) POSSESION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending     |
| 1 -  1 IND | 3       | 21:853 CRIMINAL FORFEITURES(F)                                                              | Pending     |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                              "USA V VERONICA ESPINO ET AL"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: NO
No. of Defendants: 2


 Document #   Filed     Docket text

     1 -  1  03/15/05   [Re: DEF 1-2] PLF 1 Indictment.

     2 -  1  03/15/05   [Re: DEF 1] AHB Grand Jury Minutes [ECR: Tina Grothause].

     3 -  1  03/15/05   [Re: DEF 2] AHB Grand Jury Minutes [ECR: Tina Grothause].

     4 -  1  03/15/05   [Re: DEF 1-2] Documents transferred from: F05-0007 MJ (JDR).

     5 -  1  03/16/05   [Re: DEF 1-2] JDR Minute Order from chambers setting arraignment for
                        Thursday March 17,2005 at 2:30 p.m. cc: USA, USM, FPO, cnsl, Magistrate
                        Judge Roberts.

  NOTE - 1   03/17/05   Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act ddlns forwarded to chambers for both defs.

     6 -  1  03/18/05   [Re: DEF 1] JDR Court Minutes [ECR: Tina Grothause] from arr on
                        indictment held 03/17/05: Def entered NG plea, Disc conf 03/28/05, PTM's
                        due 04/06/05, Def remains detained, TBJ to be set before Judge
                        Beistline. cc: Cooper, Satterberg, FPO, USM, Judge Beistline

     7 -  1  03/18/05   [Re: DEF 2] JDR Court Minutes [ECR: Tina Grothause] from arr on
                        indictment held 03/17/05: NG plea, discovery conference 03/28/05, PTM's
                        due 04/06/05, def remains detained, TBJ to be set before Judge
                        Beistline.  cc; Cooper, Downes, FPO, USM, Judge Beistline

     8 -  1  03/18/05   [Re: DEF 1-2] JDR Order regarding preparation for trial: Discovery
                        conference 03/28/05, PTM's due 04/06/05.  cc: Cooper, Satterberg,
                        Downes, FPO, USM, Judge Beistline

     9 -  1  03/22/05   [Re: DEF 1-2] RRB Minute Order setting trial by jury for 5/16/05 at 8:30
                        a.m. in Fairbanks, and FPTC for 5/10/05 at 8:30 a.m. in Anchorage
                        Courtroom #2. cc: AUSA, W. SATTERBERG, R. DOWNES, USM, USPO,jury clerk,
                        MJ ROBERTS

    10 -  1  03/25/05   [Re: DEF 1-2] JWS Order appointing Yolanda Salazar-Hobrough as Int for
                        defs at trial.  cc: AUSA, W. Satterberg, R. Downes, USM, UPSO, MJ
                        Roberts, Y. Salazar-Hobrough

    11 -  1  03/25/05   DEF 1 motion (request) for discovery and inspection.

    12 -  1  03/29/05   [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion (request) for
                        discovery and inspection. (11-1)

    13 -  1  03/29/05   [Re: DEF 2] PLF 1 Stipulation/Certification of discovery(report of
                        conference).

    14 -  1  03/31/05   [Re: DEF 2] PLF 1 Stipulation/Certification of discovery(report of
                        conference).


ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                       Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 04/01/05 | DEF 1 motion to suppress evidence and memorandum in support therof. |
| 16 - 1 | 04/01/05 | DEF 1 motion for evidentiary hearing on defendants motion to suppress evidence. |
| 17 - 1 | 04/06/05 | [Re: DEF 1] PLF 1 Corrected Stipulation/Certification of discovery. |
| 18 - 1 | 04/06/05 | DEF 1 motion for Franks hrg on Motion to suppress garbage bags. |
| 19 - 1 | 04/06/05 | DEF 1 motion to suppress search of garbage bag w memo in support. |
| 20 - 1 | 04/06/05 | DEF 1 motion for submission of exhibit w memo in support. |
| 21 - 1 | 04/07/05 | DEF 1 motion to continue trial until July 2005 w memo in support. |
| 21 - 2 | 04/07/05 | DEF 1 motion to continue pretrial deadlines to compel production w memo in support. |
| 22 - 1 | 04/07/05 | DEF 1 motion to compel production of discovery w memo in support. |
| 23 - 1 | 04/07/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence and memorandum in support therof (15-1), DEF 1 motion for evidentiary hearing on defendants motion to suppress evidence (16-1). |
| 24 - 1 | 04/12/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress search of garbage bag w exhibits attached (19-1). |
| 25 - 1 | 04/12/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Franks hrg on Motion to suppress garbage bags (18-1). |
| 26 - 1 | 04/12/05 | [Re: DEF 1] PLF 1 non-opposition (response) to DEF 1 motion to continue trial until July 2005 (21-1). |
| 27 - 1 | 04/12/05 | [Re: DEF 1-2] JDR Minute Order reassigning the Magistrate Judge referral in the above referenced case from Magistrate Judge Roberts to Magistrate Judge Hall. cc: USA, USM, FPO, Judge Roberts, Judge Hall. |
| 28 - 1 | 04/12/05 | [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to compel production of discovery (w/exhibits 1 and 2 att). |
| 29 - 1 | 04/12/05 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence (15-1), DEF 1 motion for evidentiary hearing on defendants motion to suppress evidence. (16-1). |
| 30 - 1 | 04/12/05 | DEF 2 motion to supress evidence with memorandum and affidavit in support. |
| 31 - 1 | 04/12/05 | DEF 2 motion to suppress evidence of search warrant. |
| 32 - 1 | 04/12/05 | DEF 2 motion for evidentiary hearing on defendants motions. |
| 33 - 1 | 04/12/05 | DEF 2 joinder to DEF 1 motion to suppress evidence (15-1). |
| 34 - 1 | 04/12/05 | DEF 2 joinder to DEF 1 motion to continue trial until July 2005 (21-1), DEF 1 motion to continue pretrial deadlines to compel production (21-2). |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                          "USA V VERONICA ESPINO ET AL"

                              For all filing dates


 Document #   Filed      Docket text

     35 -  1  04/12/05   DEF 2 Unopposed motion to extend filing deadline until close of business
                         tuesday 04/12/2005.

     36 -  1  04/14/05   [Re: DEF 1-2] TWH Minute Order setting status and scheduling conference
                         for 04/15/05 at 8:30 a.m. in Courtroom 1, Fairbanks. cc: Cooper,
                         Satterberg, Downes, FPO, USM, Judge Beistline

     37 -  1  04/14/05   DEF 1 reply to opposition to DEF 1 motion to suppress search of garbage
                         bag w affidavit in support (19-1).

     38 -  1  04/14/05   [Re: DEF 1] JDR Order granting/denying motion for discovery and
                         inspection as stated (11-1).  cc: AUSA, W. Satterberg. R. Downes, MJ
                         Hall

     39 -  1  04/14/05   DEF 1 Notice of filing supplemental affidavit to the motion to suppress
                         evidence.

     39 -  2  04/14/05   DEF 1 Affidavit re: DEF 1 motion to suppress evidence (15-1).

     40 -  1  04/15/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Carolyn Bollman] granting motion
                         to continue trial (21-1). FPTC and TBJ vacated; FPTC reset for
                         07/26/2005 at 1:30 p.m. and TBJ reset for 08/01/2005. cc: Cooper,
                         Satterberg, Downes, FPO, USM, MJ Hall

     40 -  2  04/15/05   RRB Court Minutes [ECR: Carolyn Bollman] granting motion for evidentiary
                         hearing on D-1's motion to suppress evidenceat dkt 15 (16-1), motion to
                         continue pretrial deadlines to compel production (21-2), motion for
                         evidentiary hearing on defendants motions at 30 and 31 (32-1), Unopposed
                         motion to extend filing deadline (35-1).  Motions filed at dkt 30, 31
                         and 32 are deemed timely filed. Evidentiary hrg set for 05/20/2005 at
                         9:30 a.m. Mr. Firstman to enter appearance; given 2 weeks to file
                         pretrial motions. cc: Cooper, Satterberg, Downes, FPO, USM, Judge
                         Beistline

     41 -  1  04/21/05   [Re: DEF 2] TWH Minute Order from chambers re substitution of counsel
                         upon consent to be filed no later than 04/27/05,if no substitution of
                         counsel is filed than a  status of counsel hearing will be set for
                         04/29/05 at a time to be determined cc: USA, USM, FPO, Downes, Judge
                         Beistline, Judge Hall.

   NOTE -  2  04/22/05   Notation: rule 83.1 paperwork previously forwarded to Mr Furstman.

     42 -  1  04/22/05   [Re: DEF 1] TWH Minute Order granting motion for submission of exhibit
                         (20-1). cc: USA, Satterberg, USM, FPO, Judge Beistline.

     43 -  1  04/22/05   DEF 1 Attorney Appearance of Scott Furstman.

     44 -  1  04/22/05   [Re: DEF 2] PLF 1 Unopposed motion to extend time to respond to motions
                         of defendant Sosa until 04/29/05.

     45 -  1  04/25/05   DEF 1 Application re: non-resident attorney of Scott S Furstman.

     46 -  1  04/26/05   [Re: DEF 1-2] TWH Minute Order granting unopposed motion to extend time
                         to respond to motions of defendant (44-1); Repsonse to the following
                         pending motions of Defendant Maceda-Sosa shall be due 04/29/05 Dockets #
                         30,31,33/15 cc: USA, USM, FPO, CNSL, Judge Beistline.

 ACRS: R_RDSDX                As of 12/01/05 at 2:56 PM by GARRY                      Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                                  "USA V VERONICA ESPINO ET AL"

                                      For all filing dates


Document #    Filed      Docket text

    49 -   1  04/27/05   DEF 1 Notice of filing original motion and application of non-resident
                         attorney to appear and participate in the USDC.

    45 -   2  04/28/05   [Re: DEF 1] RRB Order granting the application of non-resident attorney
                         Scott S. Furstman to a ppear and participate as co-counsel.  cc: AUSA.
                         W. Satterberg, R. Downes, USM, USPO, MJ Hall

    47 -   1  04/28/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion to supress evidence (30-1).

    48 -   1  04/28/05   [Re: DEF 2] PLF 1 opposition to DEF 2 Joinder to DEF 1 motion to
                         suppress evidence (15-1).

    50 -   1  04/29/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion for evidentiary hearing on
                         defendants motions (32-1).

    51 -   1  04/29/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress evidence of
                         search warrant with exhibits attached (31-1).

    52 -   1  04/29/05   DEF 1 motion for Franks Evidentiary hearing; supporting memorandum of
                         law.

    53 -   1  04/29/05   DEF 1 motion to supress evidence with affidavit attached.

    54 -   1  04/29/05   DEF 1 motion for disclosure of informants.

    55 -   1  04/29/05   DEF 1 motion for discovery of specific items.

    56 -   1  04/29/05   DEF 1 motion to supress statements.

    57 -   1  04/29/05   DEF 2 Attorney Substitution of Michael A McDonald for Robert B Downes.

    58 -   1  05/03/05   [Re: DEF 2] TWH Order granting substitution of Michael MacDonald for
                         Robert Downes. cc: Cooper, Downes, MacDonald, Satterberg, FPO, USM,
                         Judge Beistline

    59 -   1  05/04/05   [Re: DEF 1] RRB Minute Order for USA to have until 5-13-05 to respond to
                         Docket#'s 52 through 56; and directing Mr. Furstman to Local Rule 5.1
                         regarding proof of service.  cc: cnsl; Judge Beistline.

    60 -   1  05/04/05   DEF 1 Notice of filing transcript and CD.

    61 -   1  05/12/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                         (15-1), DEF 1 motion to suppress search of garbage bag (19-1), DEF 1
                         motion to supress evidence (53-1).

    62 -   1  05/13/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure of
                         informants (54-1).

    63 -   1  05/13/05   [Re: DEF 1] PLF 1 (second) opposition to DEF 1 motion for Franks
                         Evidentiary hearing. (52-1).

    64 -   1  05/13/05   [Re: DEF 1] PLF 1 opposition to DEF 1 second motion for discovery
                         (55-1).

    65 -   1  05/13/05   [Re: DEF 1] PLF 1 second opposition to DEF 1 motion to supress
                         statements (56-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"

                                 For all filing dates


 Document #    Filed     Docket text

    66 -   1   05/17/05  [Re: DEF 1-2] TWH Minute Order vacating evidentiary hearing for 05/20/05
                         and  reset for 06/30/05 starting at 10:00 a.m..Judge Roberts to hear DKT
                         # 15 and Judge Hall to hear DKT's # 19,30,31,53 and 56 cc: USA, USM,
                         FPO, CNSL,Judge Roberts, Judge Hall.

    67 -   1   06/27/05  DEF 1 Notice of faxed signature.

    67 -   2   06/27/05  DEF 1 motion for order continuing and re-setting heaing on motions with
                         affidavit attached.

    68 -   1   06/28/05  DEF 1 Unopposed motion for trial continuance with affidavit attached.

    69 -   1   06/29/05  [Re: DEF 1-2] RRB Minute Order hrg on def's unopposed motion to continue
                         trial.  cc: AUSA, W. Satterberg, M. MacDonald, USM, USPO, MJ Hall, MJ
                         Roberts

    70 -   1   06/29/05  [Re: DEF 1] TWH Minute Order VACATING the oral argument on pending
                         motions originally set for June 30,2005 at 10:00 a.m. cc: USA, USM, FPO,
                         cnsl for Def,Judge Beistline, Judge Roberts, Judge Hall

    73 -   1   06/29/05  DEF 1 Errata re: corrected certificate of service re: DEF 1 Unopposed
                         motion for trial continuance (68-1).

    71 -   1   06/30/05  [Re: DEF 1-2] RRB and TWH Court Minutes [ECR: Jennifer Roberts].
                         Hearing re Motions to Continue Dates for Trial and Evidentiary Hearing.
                         Dkt. 68 granted and trial continued until week of October 17, 2005 in
                         Fairbanks.  FPTC set for Thursday, October 13, 2005 at 9:00 in
                         Fairbanks.  Evidentiary hearing rescheduled for August 4 and 5, 2005 in
                         Fairbanks before Magistrate Judges Hall and Roberts at a time to be set.
                         cc: USA; USM; USPO; W. Satterberg; M. McDonald; Judge Beistline; MJ
                         Hall; MJ Roberts; Jury Clerk.

    72 -   1   07/01/05  [Re: DEF 1] TWH Minute Order setting Continued Evidentiary hrg for MJ's
                         Hall and Roberts in Fairbanks, 08/04/05 at 1:30 p.m. in Courtroom 1,
                         continuing through Friday, and if not completed, into Tuesday.  Franks
                         hrg motions will remain pending until that time. cc: Cooper, Satterberg,
                         MacDonald, FPO, USM, MJ Roberts, Judge Beistline

    72A-   1   08/09/05  [Re: DEF 2] PLF 1 Supplement re: DEF 2 motion to suppress evidence of
                         search warrant (31-1).

    74 -   1   08/10/05  [Re: DEF 1-2] JDR Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/04/05 testimony heard recess until 9:00 a.m. 08/05/05
                         cc: cnsl, USM, FPO, MJ Roberts, MJ Hall, Judge Beistline.

    75 -   1   08/10/05  [Re: DEF 1-2] JDR Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/05/05 testimony heard, matter taken under advisement, R
                         & R to issue, clerk to order expedited transcript recess until 11:15 for
                         TWH to take bench cc: cnsl, USA, FPO, USM, MJ Roberts, MJ Hall, Judge
                         Beistline.

    76 -   1   08/10/05  [Re: DEF 1-2] TWH Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/05/05 testimony heard, exhibits 1-11 identified and
                         admitted, exhibits A 1-22 identified and admitted, court recessed until
                         08/09/05 at 9:00 a.m. cc cnsl, USA, USM, FPO, MJ Roberts, MJ Hall, Judge
                         Beistline.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"

                                 For all filing dates


 Document #    Filed      Docket text

    77 -  1   08/10/05   [Re: DEF 1-2] TWH Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/09/05 testimony heard, GRANTED motion on shortened time
                         for evidentiary hearing re testimony of dog trainer, set for 08/30/05 at
                         9:00 a.m., any motions are to be filed by close of business
                         08/12/05,counsel to inform court if matters are resolved prior to
                         hearing,defendants exhibit B identified and admitted, matter taken under
                         advisement, R & R to issue, clerk to order expedited tanscript cc: cnsl,
                         USA, USM, FPO, MJ Roberts, MJ Hall, Judge Beistline.

    78 -  1   08/10/05   [Re: DEF 1-2] PLF 1 motion on shortened time to reset hearing date from
                         08/30 to 08/29.

    79 -  1   08/11/05   DEF 1 motion on shortened time for evidentiary hearing.

    80 -  1   08/12/05   [Re: DEF 1] PLF 1 motion (withdrawal of) on shortened time to reset hrg
                         date (Dkt 79).

    81 -  1   08/12/05   [Re: DEF 1] TWH Minute Order granting motion (withdrawal of) on
                         shortened time to reset hrg date (Dkt 74)(80-1); withdrawing motion on
                         shortened time to reset hearing date from 08/30 to 08/29 (78-1).
                         Government's response to Dkt. 79 due no later than 8/15/05.  cc: USA;
                         USM: USPO; W. Satterberg; Judge Beistline.

    82 -  1   08/15/05   [Re: DEF 1] TWH Order denying as moot motion for disclosure of
                         informants (54-1). cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge
                         Beistline

    83 -  1   08/15/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for
                         evidentiary hearing (and for discovery) (79-1).

    84 -  1   08/15/05   DEF 2 non-opposition to DEF 1 motion on shortened time for evidentiary
                         hearing (79-1).

    85 -  1   08/18/05   [Re: DEF 1-2] Transcript Re: Evid hrg on mots 19, 30, 31, 53 and 56 Day
                         1 held 8/4/05.

    86 -  1   08/18/05   [Re: DEF 1-2] Transcript Re: Evid hrg on mots 19, 30, 31, 53 and 56 Day
                         2 held 8/5/05.

    87 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion for discovery of specific items
                         (55-1). cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge Beistline.

    88 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion on shortened time for evidentiary
                         hearing (79-1); Evidentiary hearing previously set for Aug 30,2005.
                         Plaintiff shall provide to defendant training and certification records
                         no later than 1:00 p.m. 08/26/05 and the disputed document government
                         feels should be reviewed in camera by court be provided to court by noon
                         on 08/29/05 (79-1) cc: Cooper, Satterberg,MacDonald, FPO, USM, Judge
                         Beistling.

    89 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion to compel production of discovery
                         (22-1) cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge Beistline.

    90 -  1   08/22/05   [Re: DEF 1-2] Transcript Re: Evid hrg on motions day 2 con't held
                         08/05/05.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                           "USA V VERONICA ESPINO ET AL"

                                  For all filing dates


 Document #    Filed     Docket text

    91 -  1   08/22/05   [Re: DEF 1-2] Transcript Re: Evid hrg on motions day 3 held 08/09/05.

    92 -  1   08/22/05   Initial R&R re: DEF 1 motion to suppress evidence (15-1); Recommended
                         15-1 be be denied & Recommended that 33-1 (joinder) be deemed moot;
                         Objections due NOON 09/02/05. Reply due NOON 09/09/05. cc: USA, W.
                         Satterberg, M. MacDonald, Judge Beistline

    92 -  2   08/22/05   Initial R&R re: DEF 1 motion to supress statements (56-1); Recommended
                         be denied; Objections due NOON 09/02/05. Reply due NOON 09/09/05. cc:
                         USA, W. Satterberg, M MacDonald, Judge Beistline

    93 -  1   08/24/05   DEF 1 reply to opposition to DEF 1 motion for Franks Evidentiary
                         hearing; supporting memorandum of law (52-1).

    94 -  1   08/25/05   {SEALED}

    94 -  2   08/25/05   {SEALED}

    94 -  3   08/25/05   {SEALED}

    95 -  1   08/25/05   [Re: DEF 1] PLF 1 Response to Order (Notice of Production of Discovery
                         of Canine records) at Dkt 88.

    96 -  1   08/26/05   [Re: DEF 1-2] RRB Minute Order granting motion (Request) on shortened
                         time for assignment to another judge (94-2). Due to a scheduling
                         conflict, the in camera review and the 08/30/05 hearing will be
                         conducted by Judge Beistline. cc: Cooper, Satterberg, Furstman through
                         Satterberg, MacDonald, FPO, USM, MJ Hall

    97 -  1   08/29/05   {SEALED}

    98 -  1   08/29/05   {SEALED}

    99 -  1   08/30/05   [Re: DEF 1] RRB Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/30/05, court and counsel heard review of past
                         evidentiary hearings, outstanding motions and pending trial dates cc:
                         cnsl, USA, USM, FPO, Judge Beisltine.

   100 -  1   08/30/05   {SEALED}

   101 -  1   08/30/05   [Re: DEF 1-2] RRB Minute Order: 1) there have been no discovery
                         violations in this matter, 2) no further records regarding Briko need be
                         provided and 3) that there was nothing improper regarding the reference
                         to Briko in the search warrant sought in this matter. cc; Cooper,
                         Satterberg, MacDonald, FPO, USM, MJ Hall

   102 -  1   09/01/05   DEF 1 objection to R&R re: DEF 1 motion to suppress evidence and
                         memorandum in support therof (15-1), DEF 1 motion to supress statements
                         (56-1).

   103 -  1   09/02/05   [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress
                         evidence and memorandum in support therof (15-1), DEF 1 motion to
                         supress statements (56-1).

   104 -  1   09/06/05   Final R&R re: DEF 1 motion to suppress evidence (15-1); DEF 1 motion to
                         supress statements(56-1); crt declines to modify recommendation that
                         motions be dneied. cc: USA, W. Saterberg, M. Macdonald, Judge Beistline,
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"
```

|                              |
| ---------------------------- |
| For all filing dates         |

| Document # | Filed | Docket text |
| --- | --- | --- |
| | | MJ Hall |
| 105 - 1 | 09/07/05 | [Re: DEF 1] TWH Order denying motion for Franks hrg (18-1), motion for Franks Evidentiary hearing: cc; USA, Satterberg,MacDonald, USM, FPO, Judge Beistline, MJ Hall (52-1). |
| 106 - 1 | 09/07/05 | Initial R&R re: DEF 1 motion to suppress search of garbage bag w memo in support Recommended be denied (19-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediately forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald,USM, FPO, Judge Beistline, MJ Hall. |
| 106 - 2 | 09/07/05 | Initial R&R re: DEF 2 motion to supress evidence with memorandum and affidavit in support recommended be denied (30-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All Objections and responses will be immidiatly forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald, USM, FPO, Judge Beistline, MJ Hall. |
| 107 - 1 | 09/07/05 | Initial R&R re: DEF 2 motion to suppress evidence of search warrant recommended be denied (31-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediatley forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald,USM,FPO,Judge Beistline, MJ Hall. |
| 107 - 2 | 09/07/05 | Initial R&R re: DEF 1 motion to supress evidence with affidavit attached recommended be denied (53-1) Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediately forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald, USM, FPO, Judge Beistline, MJ Hall. |
| 108 - 1 | 09/19/05 | DEF 1 objection to R&R re: DEF 1 motion to suppress search of garbage bag  (19-1), DEF 2 motion to supress evidence (30-1). |
| 109 - 1 | 09/19/05 | DEF 1 objection to R&R re: DEF 2 motion to suppress evidence of search warrant. (31-1), DEF 1 motion to supress evidence (53-1). |
| 110 - 1 | 09/19/05 | DEF 2 joinder to DEF 1 motion to suppress search of garbage bag w memo in support. (19-1), DEF 2 motion to supress evidence with memorandum and affidavit in support. (30-1), DEF 2 motion to supress evidence of search warrant. (31-1), DEF 1 motion to supress evidence with affidavit attached. (53-1). |
| 111 - 1 | 09/20/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to supress evidence (53-1). |
| 112 - 1 | 09/20/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to supress search of garbage bag (19-1). |
| 113 - 1 | 09/30/05 | [Re: DEF 1-2] RRB Order denying motion to suppress evidence (15-1), motion to suppress search of garbage bag (19-1), motion to supress evidence (30-1), motion to suppress evidence of search warrant (31-1), motion to supress evidence (53-1), motion to supress statements (56-1). cc: AUSA, W. SATTERBERG, M. MCDONALD, MJ HALL, MJ ROBERTS |
| NOTE - 3 | 10/04/05 | Issued: Writ of Habeas Corpus Ad Testificandum (for Ramon Contreras). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                         "USA V VERONICA ESPINO ET AL"

                              For all filing dates


 Document #    Filed      Docket text

    114 -  1   10/04/05   [Re: DEF 1-2] PLF 1 motion (ex parte) (Petition) for Writ of Habeas
                          Corpus Ad Testificandum (w/att Writ).

    115 -  1   10/04/05   [Re: DEF 1-2] TWH Order granting motion (Petition) for Writ of Habeas
                          Corpus Ad Testificandum  (114-1).

    116 -  1   10/07/05   [Re: DEF 1-2] PLF 1 motion (Application) for order in Limine.

    117 -  1   10/07/05   [Re: DEF 1-2] PLF 1 Trial Brief.

    118 -  1   10/07/05   [Re: DEF 1-2] PLF 1 Jury Instructions.

    119 -  1   10/07/05   [Re: DEF 1-2] PLF 1 Notice of Intent to Use Digital Evidence
                          Presentation System.

    120 -  1   10/07/05   [Re: DEF 1-2] PLF 1 Forfeiture Instructions and Special Verdict Form.

    121 -  1   10/07/05   [Re: DEF 1-2] PLF 1 Voir Dire.

    122 -  1   10/11/05   DEF 1 Trial Brief .

    123 -  1   10/11/05   DEF 1 Jury Instructions.

    124 -  1   10/11/05   DEF 1 Voir Dire.

    125 -  1   10/12/05   [Re: DEF 1-2] PLF 1 Requested Modification of previously requested Jury
                          Instruction relating to statements by defendants.

    126 -  1   10/12/05   DEF 2 motion in limine for order prohibiting or restricting usa if
                          co-defendant Espino's statement, or in the alternative, for severance.

    127 -  1   10/12/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion in limine for order
                          prohibiting or restricting usa if co-defendant Espino's statement, or in
                          the alternative, for severance (126-1).

    128 -  1   10/13/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Carolyn Bollman] FPTC held
                          10/13/05,USA motion for limine is GRANTED with exceptions, defendant's
                          motion restricting use of statementor in the alternative for severance
                          is under advisement, TBJ to begin 8:30 a.m. 10/17/05 cc:
                          USA,CNSL,USM,USPO,Judge Beistline

    129 -  1   10/13/05   [Re: DEF 1-2] RRB Order granting motion (Application) for order in
                          Limine (116-1).

    130 -  1   10/13/05   [Re: DEF 1-2] RRB Minute Order denying motion in limine for order
                          prohibiting or restricting usa if co-defendant (126-1).

    131 -  1   10/14/05   [Re: DEF 1-2] RRB Minute Order re start time of trial to begin Monday
                          October 17,2005 at 11:00 a.m. cc: cnsl, USA, USM, USPO, Judge Beistline

    132 -  1   10/14/05   DEF 2 joinder in Defendant Espino's Voir Dire Questions.

    133 -  1   10/14/05   [Re: DEF 1-2] Notice of exhibits 1-12 returned to USA.

    134 -  1   10/17/05   [Re: DEF 1-2] Notice of exhibits A and B returned to Mr Satterberg.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                             "USA V VERONICA ESPINO ET AL"

                                  For all filing dates


 Document #   Filed     Docket text

   135 -  1   10/17/05  {SEALED}

   136 -  1   10/18/05  [Re: DEF 1-2] RRB Minute Order vacating COP for Wednesday October
                        19,2005 and setting it for Tuesday October 18,2005 at 3:30 p.m. cc:
                        cnsl, USA, USM, USPO, Judge Beistline.

   137 -  1   10/19/05  [UNSEALED BY COURT ORDER AT DOCKET 141][Re: DEF 1-2] RRB Court Minutes
                        [ECR: Carolyn Bollman] COP held 10/18/05,Def 1-2 changed plea to GUILTY
                        to counts 1 and 2 and acknowledged forfeiture as stated in count 3 of
                        the indictment, IOS set for Jan 13,2005 at 9:30 a.m. for DEF 1 and Jan
                        13,2005 at 10:30 for DEF 2, court GRANTED defendants motion to seal the
                        proceeding cc: cnsl, USA, USM, USPO, Judge Beistline.

   138 -  1   10/20/05  [Re: DEF 1-2] PLF 1 motion to unseal proceedings.

   139 -  1   10/21/05  DEF 1 non-opposition to [Re: DEF 1-2] PLF 1 motion to unseal proceedings
                        (138-1).

   140 -  1   10/26/05  DEF 2 non-opposition to [Re: DEF 1-2] PLF 1 motion to unseal proceedings
                        (138-1).

   141 -  1   10/27/05  [Re: DEF 1-2] RRB Order granting motion to unseal proceedings (138-1).

   142 -  1   10/28/05  {SEALED}

   143 -  1   10/28/05  {SEALED}

   144 -  1   11/02/05  {SEALED}

   145 -  1   11/02/05  {SEALED}

   146 -  1   11/02/05  DEF 1 Notice to court re;letter from Reformers Unanimous International.

   147 -  1   11/08/05  DEF 1 Notice to court re letter from Lucy Gloria to consider aid in
                        sentencing.

   148 -  1   11/14/05  DEF 1 Notice of letter re Lilia Sierra.

   149 -  1   11/16/05  DEF 1 Notice to court re letter from Juan F Mendez.

   150 -  1   11/16/05  DEF 1 Notice to court re letter from Normand A Pepin.

   151 -  1   11/16/05  DEF 1 Notice to court re letter from Sindy S Mendez.

   152 -  1   11/16/05  DEF 1 Notice to court re letter from Michelle Mendez.

   153 -  1   11/16/05  DEF 1 Notice to court re letter frim Mica Achkio.

   154 -  1   11/16/05  DEF 1 Notice to court re letter from M Cristina Rodriguez Gonzalez.

   155 -  1   11/16/05  DEF 1 Notice to court re letter from Nadia M Coleman.

   156 -  1   11/16/05  DEF 1 Notice to court re letter from Tayde C Mendez.

   157 -  1   11/16/05  DEF 1 Notice to court re letter from Kwame L Ward.


 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                      Page 10
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"

                                  For all filing dates


Document #    Filed      Docket text

   158 -  1   11/16/05   DEF 1 Notice to court re letter from Cynthia E .

   159 -  1   11/16/05   DEF 1 Notice to court re letter from Maria Hernandez.

   160 -  1   11/17/05   DEF 1 Notice to court re letter from Marvita Wirkus

   161 -  1   11/22/05   DEF 1 Notice to court re letter from Martha Guzman
```