Michael A. MacDonald
MacDonald & Levengood
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 452-5196
Fax   : (907) 456-7058

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -6 PM 4: 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,          )
    vs.                           )
                                  )
VERONICA ESPINO, and              )
**DAVID MACEDA SOSA**,            )
                                  )  Case No. F05-007 CR (RRB)
              Defendants.         )
_____)

## PRESENTENCING MEMORANDUM

### VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of a crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Defendant, **David Maceda Sosa**, by and through counsel, for his presentencing memorandum states as follows:

1. <u>Presentence Report</u>. Defendant accepts the presentence report prepared by Ms. Lundgren. The report accurately recites the offense and accurately calculates the sentencing guideline.

2. <u>Guideline Range</u>. Because all parties agree that the defendant meets the criteria in 18 U.S.C. § 3553(f)(1)-(5), the defendant's guideline imprisonment range is 78 to 97 months.

MacDonald
& Levengood
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

Presentencing Memorandum
U.S.A. v. Maceda-Sosa/Case No. F05-007-002 CR (RRB)
Page 1 of 5

3. <u>The Defendant</u>. The defendant in this case is a non-violent, first offender, remarkable for his commitment to his family. The defendant comes from a good family in Mexico and is deeply sorry for how he has dishonored his parents by his conduct. The letters in this case, particularly the defendant's letter (attached), show that the defendant is a good person, deeply committed to his children, his nieces and nephews, his wife, his church, and his community. The defendant completely understands the wrongful nature of his conduct. The defendant's misguided choice was, to a large part, motivated by a desire to provide for his family in an otherwise difficult economic environment.

The defendant is remarkable for his diligent work history. He has not been afraid to work any job and he has a reputation for being a hard worker. The defendant spent long hours working at his restaurant, trying to make ends meet. The defendant has no history of drug or alcohol abuse.

Except for the criminal activity in this case, the defendant has proven no threat to himself or others. In fact, he is remarkable for his gentle, selfless nature and his commitment to serve others. The defendant's letter demonstrates clearly his heart-felt remorse, his spiritual nature, and his commitment to his family.

4. <u>Sentencing Goals</u>. This traumatizing criminal prosecution has radically impacted upon the defendant. His non-violent, soft-

MacDonald
& Levengood
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

Presentencing Memorandum
U.S.A. v. Maceda-Sosa/Case No. F05-007-002 CR (RRB)
Page 2 of 5

hearted nature, and his diligent work history show that this criminal behavior was an aberation. There is no need to impose jail time to promote rehabilitation. Defendant completely appreciates the wrongfulness of his conduct. His true nature will sustain him in law abiding activity from here on in. His desire to make amends to his parents and to his family will motivate him to behave lawfully from this point forward.

There is no need to protect the pubic with a long term of incarceration. The defendant is a Mexican citizen and this is a deportable offense. In all likelihood the defendant will be deported upon his release. If he is not deported and succeeds in a fight to remain in this country with his wife and children, who are all U.S. citizens, then the court will have many years to monitor the defendant's activity and protect the public through supervised release.

The prosecution in this case and detention pending trial is sufficient to reaffirm the seriousness of the offense. The arrest and prosecution presented a significant ordeal for the defendant and his family. He has been detained for almost one year. The court will necessarily impose an additional term of imprisonment. The resolute nature of the government's position sends a strong message without the need of significant additional time to reflect the seriousness of the offense. A sentence

MACDONALD
& LEVENGOOD

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

Presentencing Memorandum
U.S.A. v. Maceda-Sosa/Case No. F05-007-002 CR (RRB)
Page 3 of 5

comparable with a sentence under state law will be sufficient to meet this factor.

5.  <u>Downward Departure from the Guidelines Range</u>.  Since the Supreme Court ruling in <u>Blakley</u>, this court has the discretion to depart from the guidelines range. The minimum 78 months of the guidelines range is not necessary to meet the sentencing goals. A downward departure in this case is appropriate. The court should find that the defendant's non-violent, peaceful nature, the absence of any criminal history or drug addiction, and the defendant's history of community service make him an exceptional candidate for a downward departure.

The court can find that defendant has great prospects of rehabilitation and has made great progress in that regard as evidenced by his conduct in this case in accepting responsibility, talking openly about his involvement and stating his deep remorse and contrition. The court should find that defendant comes from a good family and understands the values and importance of civil behavior and that the defendant's misconduct in this case is a error in judgment that the defendant understand and is not likely to repeat.

A sentence of 50% of the guidelines minimum would be equivalent to a sentence imposed if this were a state case. Such a sentence would accomplish all the purposes of the sentencing statutes and guidelines and would be completely called for given the special circumstances of the defendant.

MacDonald
& Levengood

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

## CONCLUSION

For the foregoing reason the defendant respectfully requests that the court find that the history and characteristics of the defendant in this case warrant a departure from the advisory guideline range. All the factors to be considered under 18 U.S.C. § 3553(a) are more than adequately served by a downward departure. The defendant respectfully requests that the court not impose a sentence of imprisonment in excess of 50% of the 78 month guidelines minimum.

DATED this 6th day of January, 2006 at Fairbanks, Alaska.

MacDONALD & LEVENGOOD, P.C.
Attorneys for Maceda-Sosa

Michael A. MacDonald, ABA No. 8811193

I certify that on this 6th day of January, 2006, a true and accurate copy of the foregoing was served by mail on:

William R. Satterberg
Satterberg Law office
709 4th Avenue
Fairbanks, AK 99701

Scott S. Furstman
1541 The Alameda
San Jose, CA 95126

Stephen Cooper
Office of U.S. Attorney
101 12th Avenue, Box 2, Room 310
Fairbanks, AK 99701

Joyce Lloyd

MacDONALD & LEVENGOOD
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

Presentencing Memorandum
U.S.A. v. Maceda-Sosa/Case No. F05-007-002 CR (RRB)
Page 5 of 5

Pero ahora quisiera poder pedirles perdón por haver olvidado todo lo bueno que de ellos recibí.

El tiempo que este tras las rejas prometo educarme para salir preparado para poder ayudar en las calles donde esta la drogadicción especialmente a los jovenes.

Quiero ayudar a los que tengan problemas con la droga y servir como un ejemplo para que no cometan los errores que yo cometí. Quiero ser diferente, quiero cambiar y le pido a Dios que me ayude a no cometer mas errores y a pensar en mi familia y en mi projimo antes de mi mismo.

Ahora solo quiero dar las gracias al Juez por tomarse el tiempo de leer lo que me sale del corazón y poder pedir perdón por mi gran error.

Con Sinseridad y Respetuosamente

David Maceda-Sosa.

13 De Enero

Unos de los dias mas importantes para mi, que puedo decir que estoy aqui sin culpa, porque no hice nada ó porque alguien me obligo- No, hoy tengo que decir la verdad.
Tengo que aceptar que estoy aqui porque falte a uno de los mandamientos mas importantes de Dios Donde dice:
Amaras a tu projimo como a ti mismo
Y que fue lo que hice yo   Solo pensar en mi y en mi bienestar Sin importarme mi projimo.
Cada noche a solas pido perdon a Dios y Seguire pidiendo por lo que me quede de vida.
Pero aqui quiero pedirle perdón al Juez y a toda la comunidad de Fairbanks AK., Sinseramente y con mi corazón en la mano y con toda mi alma, que a todos los que dañe me pudieran perdonar-
También pido perdón a mis niños por no pensar en ellos y con mi error alejarlos de mi.
El tiempo que he pasado aqui me ha Servido para ver con claridad lo que hice y que sin (querer) ó Sin razón me olvide de la Educación, El amor y los buenos Ejemplos que (de) mis padres me dieron, que por mi ambición y egoismo todo lo olvide.

**The Language Bureau**
**TRANSLATOR'S DECLARATION**

I, Yolanda Salazar Hobrough, hereby certify that I have accurately and completely translated the attached document(s) from Spanish into English to the best of my skill and ability. I am a professional translator and interpreter, fluent in both the Spanish and English languages, a Certified Translator (certified from Spanish to English, from English to Spanish and, from French to Spanish), a Certified Court Interpreter in Spanish and English, all certified by the Society of Translators and Interpreters of British Columbia (STIBC) of which I am a Member in good standing, and which itself is a member association of the Canadian Translators and Interpreter's Council (CITC) I am also a certified as a Spanish Court Interpreter by the U.S. Federal Court Administration, Washington DC. Full credentials may be obtained from The Language Bureau in Vancouver.

Square brackets [...] signify either translator's notes if in English, or untranslatable words if in Spanish.

Signed in Vancouver, BC, Canada, on 4 January 2006

Yolanda Salazar Hobrough

[Page 1]

13 January

One of the most important days for me, when I can say that I am guiltless because I did not do anything wrong or because someone else forced me – but no, today I have to tell the truth.

I have to accept the fact that I am here because I broke one of God's most important commandments that says:

You shall love you neighbour as yourself. And what did I do? I only thought about myself and my well-being and gave no importance to my neighbor. Every night, when I'm alone I ask God to forgive me and I will continue to do so for the rest of my life.

But here, I want to ask forgiveness from the Judge and the whole community of Fairbanks, AK with all sincerity and with my heart in my hand and with all my soul; that all those I harmed could forgive me.

I also want to ask forgiveness of my children because I didn't think about them but pushed them away through my error.

The time that I have spent here has helped me to see clearly what I did and though (without meaning to do so) or without reason, I forgot about the education, the love and the good example that my parents gave me. Through greed and selfishness I forgot everything.

[Page 2]

But now I would like to ask them to forgive me for forgetting about all the good things I received from them.

I promise that during the time I spend behind bars, I will educate myself so that when I leave I will be prepared to go out on the streets where all the drug addiction is found, especially among the young.

I want to help those who have problems with drugs and I want to serve as an example to keep them from committing the same errors I did. I want to be different, I want to change and I ask God to help me from committing more errors and to help me think about my family and my neighbor ahead of me.

| The Language Bureau | Translation file: 4356 macedo sosa letter.doc | Page 2 of 2 |

Now I want to thank the Judge for taking the time to read what comes from my heart and to allow me to ask pardon for my grave error.

Sincerely and respectfully,

[Signed] David Macedo Sosa