Michael A. MacDonald
MacDonald & Levengood
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 452-5196
Fax  : (907) 456-7058

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN 10 PM 4:14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| VERONICA ESPINO, and ) | |
| **DAVID MACEDA SOSA**, ) | |
| ) Case No. F05-007 CR (RRB) | |
| Defendants. ) | |

**MOTION AND JOINDER IN MOTION TO CONTINUE SENTENCING**

David Maceda Sosa hereby moves to continue his sentencing scheduled for Friday, January 13, 2006, and joins in the Motion to Continue Sentencing filed by Veronica Espino in F05-007 CR (RRB). A continuance is necessary in order to properly prepare for sentencing and to accommodate the calendars of counsel.

For the foregoing reasons, Mr. Maceda Sosa joins the Motion to Continue Sentencing, and requests a continuance of sentencing until March 10, 2006.

MacDonald
& Levengood
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058

USA v. Sosa; Case No. F05-007 CR (RRB)
Joinder in Motion to Continue Sentencing                                   Page 1

DATED at Fairbanks, Alaska this 10th day of January, 2006.

MACDONALD & LEVENGOOD, P.C.
Attorneys for Defendant

_____
Michael A. MacDonald, ABA #8811193

I certify that on this __10__ day of January, 2006, a true and accurate copy of the foregoing was served by fax and mail on:

William R. Satterberg       Scott S. Furstman
Satterberg Law office       1541 The Alameda
709 4th Avenue              San Jose, CA 95126
Fairbanks, AK 99701

Stephen Cooper
Office of U.S. Attorney
101 12th Avenue, Box 2, Room 310
Fairbanks, AK 99701

_____
Joyce Lloyd

MACDONALD
& LEVENGOOD
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058