Michael A. MacDonald
MacDonald & Levengood
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 452-5196
Fax  : (907) 456-7058

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| VERONICA ESPINO, and ) | |
| **DAVID MACEDA SOSA**, ) | |
| ) | Case No. F05-007 CR (RRB) |
| Defendants. ) | |
| ) | |

### ORDER

The Court being duly advised in the premises,

IT IS HEREBY ORDERED that Maceda-Sosa's Motion and Joinder in Motion to Continue Sentencing, filed by Espino on January 9, 2006, be and is hereby **GRANTED**.

IT IS FURTHER ORDERED that sentencing is continued until March 10, 2006 at 9:30 a.m.

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline
U.S. District Judge

I certify that on this 10 day of
January, 2006, a true and accurate copy of
the foregoing was served by fax and mail on:

William R. Satterberg
Scott S. Furstman
Stephen Cooper

_____
Joyce Lloyd

MacDONALD
& LEVENGOOD
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1008 16th AVENUE
SUITE 200
FAIRBANKS, AK 99701
(907) 452-5196
FAX: (907) 456-7058