UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   DAVID MACEDA SOSA 

DATE:    January 10, 2006      CASE NO.    4:05-cr-0007 RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE SENTENCING**

---

Defendant has filed a Motion and Joinder in Motion to Continue Sentencing (Docket 182). A rescheduling hearing will be held on **January 13, 2006, at 9:30 a.m.**, in Fairbanks, Alaska. The sentencing scheduled for January 13, 2006, at 10:30 a.m., is **vacated**.

M.O. RE SENTENCING