MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. DAVID MACEDA-SOSA    CASE NO. 4:05-cr-00007-02-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY: MICHAEL A. MacDONALD

U.S.P.O.: MARCI LUNDGREN

INTERPRETER: JOSE PINA                      ( SPANISH )
X Telephonic Appearance                     (Language)

PROCEEDINGS: IMPOSITION OF SENTENCE Held: 03/03/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court asked counsel for side bar re: sealing proceedings.

X Interpreter sworn.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Sentence imposed as stated in the judgment.

X OTHER: Defendant requested to be placed at a facility in California to be close to his family.

At 10:38 a.m. court adjourned.

DATE: 03/03/2006            DEPUTY CLERK'S INITIALS: tg