Ad# 90425

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  
STATE OF ALASKA            } SS.
FOURTH DISTRICT

**90425**
**NOTICE OF:**
UNITED STATES OF AMERICA v. VERONICA ESPINO, aka Mariana Espirio & DAVID MACEDA-SOSA Case No: F05-007 CR (RRB)

To all interested persons in the above-styled case, notice is hereby given that on November 2, 2005, the United States District Court for the district of Alaska, the Honorable Ralph R. Beistline presiding, entered Preliminary Orders for Forfeiture forfeiting $20,580.00 IN UNITED STATES CURRENCY and $6,707.00 IN UNITED STATES CURRENCY to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

Pursuant to 21 U.S.C § 853(n)(2), any person other than the defendants asserting a legal interest in the forfeited property, must petition the court, within 30 days of the final publication of this notice, receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.
Publish: February 4, 11, 22, 2006

Before me, the undersigned, a notary public, this day personally appeared _Grace Farstad_, who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

2/4/2006    2/22/2006    2/11/2006

_____    _____    _____

_____    _____    _____

_____

Case No. F05-007 CR (RRB)

and that the rate charged thereon is not excess of the rate charged private, individuals, with the usual discounts.

Subscribed and sworn to before me on this ____ day of _FEBRUARY_, 20 _06_.

_[signature]_
Notary Public in and for the State Alaska.

My commission expires _August 26, 2009_

[Notary seal: SHANNA SPRACKLEN NOTARY PUBLIC STATE OF ALASKA]