# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: U.S.A. | COURT CASE NUMBER: F05-007 CR (RRB) |
| DEFENDANT: Veronica Espino, aka Mariana Espino, & David Maceda-Sosa | TYPE OF PROCESS: Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Fairbanks Daily News - Miner

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 N. Cushman Street, Fairbanks, AK 99701 / (907) 459-7500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED MAR 28 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

CATS IDs: 05-DEA-448079
05-DEA-448081

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Katie Voke    TELEPHONE NUMBER: (907) 271-2304    DATE: 1/17/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 2 | 2 | /s/ | 2/1/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/16/06    Time: 5:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:**
Published on 2/4/06; 2/11/06 and 2/22/2006. See attached Affidavit of publication.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CALIF.

2006 MAR 13 PM 2 40

Ad Id 90425

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  \}
   STATE OF ALASKA          } SS.
   FOURTH DISTRICT        /

Before me, the undersigned, a notary public, this day personally appeared _Grace Farstad_ , who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

2/4/2006     2/22/2006   2/11/2006

Case No. F05-007 CR (RRB

and that the rate charged thereon is not excess of the rate charged private individuals, with the usual discounts.

Subscribed and sworn to before me on this ___ day  28
of _____, 20 __
  FEBRUARY        06

Notary Public in and for the State Alaska.

My commission expires_____
                         August 26, 2009

---

**Notice clipping:**

90425
NOTICE OF:
UNITED STATES OF AMERICA v. VERONICA ESPINO, aka Mariana Espino & DAVID MACEDA-SOSA Case No. F05-007 CR (RRB)

To all interested persons in the above-styled case, notice is hereby given that on November 2, 2005, the United States District Court for the district of Alaska, the Honorable Ralph R. Beistline presiding, entered Preliminary Orders for Forfeiture forfeiting $20,580.00 IN UNITED STATES CURRENCY and $6,707.00 IN UNITED STATES CURRENCY to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

Pursuant to 21 U.S.C § 853(n)(2), any person other than the defendants asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication of personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Publish: February 4, 11, 22, 2006