DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA ESPINO, | ) | FILED UNDER SEAL |
| a.k.a. Mariana Espino, and | ) | |
| DAVID MACEDA-SOSA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 19, 2005, defendant VERONICA ESPINO pled guilty to Counts 1 and 2, and admitted the allegations of Count 3 (Criminal Forfeiture) of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the $20,580.00 IN UNITED STATES CURRENCY, and the $6,707.00 IN UNITED STATES CURRENCY, described in Count 3 of the Indictment, is property constituting or derived from any proceeds the defendant obtained,

directly or indirectly, as the result of such violations of 21 U.S.C. §§ 841 and 846, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2).

On October 19, 2005, defendant DAVID MACEDA-SOSA pled guilty to Counts 1 and 2, and admitted the allegations of Count 3 (Criminal Forfeiture) of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the $20,580.00 IN UNITED STATES CURRENCY, and the $6,707.00 IN UNITED STATES CURRENCY, described in Count 3 of the Indictment, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations of 21 U.S.C. §§ 841 and 846, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2).

AND WHEREAS, the United States Attorneys Office directed written notice of the judicial forfeiture action via U.S. mail to: defendant Veronica Espino (via counsel, William R. Satterberg, Jr./Scott Furstman) on October 28, 2005; and defendant David Maceda-Sosa (via counsel, Michael A. MacDonald) on October 28, 2005.

AND WHEREAS, on February 4, February 11, and February 22, 2006, the United States Marshals Service published, in the Fairbanks Daily News-Miner, a newspaper of

Case No. 4:05-cr-007-RRB                                    2

general circulation, notice of the above-referenced Preliminary Orders of Forfeiture and of the intent of the United States to dispose of said currency in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the currency.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited currency have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the Twenty Thousand Five Hundred Eighty Dollars ($20,580.00) IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law.

2. That the right, title and interest to the Six Thousand Seven Hundred Seven Dollars ($6,707.00) IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law.

3. That the United States Marshals Service is directed to pay any and all costs associated with the described currency and to dispose of such according to law.

4.   The Clerk is hereby directed to send a copy of this Order to the United States Marshals Service.

SO ORDERED this 20th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE